No. 80–5505. Winstead v. Rogers et al. C. A. 4th Cir. Certiorari denied.

No. 80–5512. Dankert v. Clerk, Superior Court, Cobb County, Georgia, et al. C. A. 5th Cir. Certiorari denied.

No. 80–5513. McNeal v. Bordenkircher, Warden. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5515. Peterson v. Peterson. Sup. Ct. Minn. Certiorari denied.

No. 80–5521. Bradley v. New York. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 80–5532. Mahl v. Board of Trustees of Fire Fighters Pension and Relief Fund for the City of New Orleans. C. A. 5th Cir. Certiorari denied.

No. 80–5536. Heselius v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–5537. Jones v. Civiletti, Attorney General, et al. C. A. 4th Cir. Certiorari denied.

No. 80–5539. Grinan v. Giegold. C. A. 3d Cir. Certiorari denied.

No. 80–5541. Wright v. Zahradnick, Warden. C. A. 4th Cir. Certiorari denied.

No. 80–5545. Harris v. Openhaus et al. C. A. 9th Cir. Certiorari denied.

No. 80–5546. Martinez v. Romero. C. A. 10th Cir. Certiorari denied.

No. 80–5549. Andrews v. Robertson, Warden, et al. C. A. 10th Cir. Certiorari denied.